# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM,**
**#209415**                                                                                               **PLAINTIFF**

**V.**                               **CASE NO. 4:19-CV-711-BD**

**JOHN STALEY,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 19th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE